FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 MAR 27 PM 3 28

STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CR-81-F |
| ) | |
| MICHAEL J. PLAKE, ) | |
| ) | |
| Defendant. ) | |

## WRITTEN CONSENT

I am willing to appear for my court hearing (including my arraignment, the entry of my plea or admission, and/or the imposition of my sentence) via a real-time video-conferencing system.

Dated this 27th day of March, 2012.

_____
Defendant