# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

VS

**MICHAEL PLAKE (VTC)**
**DEFENDANT**

Case No. 12CR81-01-F   Date 3/27/2012
Time 3:42 - 4:15 PM
☑ Indictment   ☐ Information
☐ Complaint   ☐ Other
☑ IA   ☑ ARR   ☑ Det
☐ Prelim   ☐ Rule 5

Offense: 18 USC 1349 - Conspiracy to Commit Mail and Wire Fraud (15 Count Indictment)

**Before the Honorable,** Scott W. Skavdahl

| Tiffany Dyer | Jamie Hendrich | Karen Bila | Lisa Leschuck | |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER**

**Appeared:** ☑ Voluntarily   ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing   Sean Barrett
☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:** Date 3/27/2012   (Comments) ____

**Arraignment:**   Held 3/27/2012   Set For ____   Waived ____
☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☑ Not guilty to count(s) 1,2, 3-14, 15   of an Indictment
☐ Guilty to count(s) ____   of an ____

**Not Guilty Plea**
☑ Court orders discovery per rule 16 FRCrP
☑ Court orders access to Grand Jury Transcripts
☑ Motions to be filed in 20 days or On / Before ____
☑ Trial date set for 6/4/2012 at 8:30 am
   In Cheyenne, WY
☑ Speedy trial expires on 6/5/2012

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for ____ at ____ In ____
☐ Plea conditionally accepted

**Other:** ____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:    **Held** 3/27/2012     **Set For**_____   **Waived**_____
Bond Is:   ☐ Defendant is detained and committed to the custody of the U. S. Marshal

☑ Set at $50,000.00     ☐ Cash   ☐ Surety   ☑ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☑ Obey all laws, Federal, State and Local
☑ Seek/Maintain employment
☐ 3rd party custody of _____
☑ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☑ Do not obtain passport
☑ Surrender passport to  Clerk of Court

☑ Maintain current residence
☑ Report to Pretrial Services as directed
☑ Travel restricted to Indiana and Wyoming
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with_____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____

**Preliminary Hearing:**    **Held**_____   **Set For**_____   **Waived**_____
Witnesses   _____

Outcome:   ☐ Bound over to District Court    ☐ Dismissed

**Removal Hearing:**    **Held**_____   **Set For**_____   **Waived**_____

**Identity Hearing:**    **Held**_____   **Set For**_____   **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer          Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court