

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. PLAKE, dba PLAKE and ASSOCIATES and PAUL D. CARDWELL,<br>　　　　　　　Defendants. | NOTICE<br><br><br>Case Number: 12-CR-81-F |

TYPE OF CASE:

**Civil**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Chambers, Room #2242 | BEFORE<br>Nancy D. Freudenthal,<br>Chief United States District Judge |
|---|---|
| | DATE AND TIME<br>August 15, 2012 at 8:15 a.m. |

TYPE OF PROCEEDING

**Telephone Status Conference**

Counsel shall appear by telephone; counsel to initiate the call through a conference call operator, connecting the Court and parties at (307) 433-2190.

　　　　　　　　　　　　　　　　　　　　STEPHAN HARRIS
　　　　　　　　　　　　　　　　　　　　Clerk of Court

August 3, 2012　　　　　　　　　　　　　Kellie Erickson
Date　　　　　　　　　　　　　　　　　　Deputy Clerk

TO:
Defendant (through counsel)　　　　　　USMS
Defense Counsel　　　　　　　　　　　　USPO
US Attorney's Office　　　　　　　　　　Court Reporter