# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☑ **Telephonic**

Date: 08/16/12  
Case No.: 12-CR-81-F

Time: 8:29 a.m. - 8:45 a.m.  
Interpreter:  
Int. Phone:

UNITED STATES OF AMERICA   VS   MICHAEL PLAKE/PAUL CARDWELL

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

none — Marshal  
none — Probation Officer

Attorney(s) for Government: Lisa Leschuck

Attorney(s) for Defendant(s): Sean Barrett, Bob Horn, Bob York, James Voyles

Other