# United States District Court
## For The District of Wyoming

United States of America,
                Plaintiff,

vs.

Michael J. Plake,
                Defendant.

**NOTICE**

Case Number: 12-CR-081-F

| TYPE OF CASE: | |
|---|---|
| | **Criminal** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | BEFORE<br>Nancy D. Freudenthal,<br>Chief United States District Judge |
|---|---|
| | DATE AND TIME<br>September 14, 2012 at 3:00 p.m. |

TYPE OF PROCEEDING

**Change of Plea**

                                      STEPHAN HARRIS
                                      Clerk of Court

August 28, 2012                      Kellie Erickson
Date                                                  Deputy Clerk

TO:
Defendant (through counsel)            USMS
Defense Counsel - Sean Barrett         USPO
US Attorney's Office - Lisa Leschuck    Court Reporter