

# United States District Court
## For The District of Wyoming

United States of America,
              Plaintiff,

**NOTICE**

vs.

Michael J. Plake,
              Defendant.

Case Number: 12-CR-081-F

**TYPE OF CASE:**

### Criminal

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| PLACE | BEFORE | |
|---|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal,<br>Chief United States District Judge | |
| | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
| | September 14, 2012 at 3:00 p.m. | September 17, 2012 at 3:30 p.m. |

**TYPE OF PROCEEDING**

### Change of Plea

                        STEPHAN HARRIS
                        Clerk of Court

<u>August 29, 2012</u>
Date

<u>Kellie Erickson</u>
Deputy Clerk

TO:
Defendant (through counsel)
Defense Counsel - Sean Barrett
US Attorney's Office - Lisa Leschuck

USMS
USPO
Court Reporter