# CRIMINAL MINUTE SHEET

☐ Arraignment / Change of Plea ☑

Date 09/17/12
Time 4:08 p.m. - 5:06 p.m.

Case No. 12-CR-81-F
Interpreter none
Int. Phone

## USA vs. MICHAEL J. PLAKE

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Tom Fitzgerald | Robert MacMaster |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES  Government  Lisa Leschuck

Defendant  Sean Barrett
☑ CJA  ☐ FPD  ☐ RET  ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1, 2 of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ___ days or on/before ___
☐ Trial date set for ___ at ___
    In ___
☐ Speedy trial expires on ___
☐ Other

**GUILTY PLEA**
☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☑ Sentencing set for 11/26/12 at 1:15 p.m.
   In Cheyenne before Chief Judge Freudentha (Crtrm #1)
☐ Plea conditionally accepted
☑ Count(s) 3-14 and 15 to be dismissed at time of sentencing

**BOND IS**
☐ Defendant is detained
☐ Set at $ ___  ☐ Cash or Surety  ☐ Unsecured
☑ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of ___
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to ___
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to ___
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with ___
☐ Post property or sum of money ___
☐ Do not obtain passport