IN THE UNITED STATES COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | |
| MICHAEL J.PLAKE, d/b/a/ Plake        ) | |
| and Associates,        ) | Criminal No.   12-CR-81-1F |
| ) | |
| and        ) | |
| ) | |
| PAUL D. CARDWELL,        ) | |
| ) | |
| Defendants.        ) | |

**ORDER GRANTING DEFENDANT PLAKE'S UNOPPOSED MOTION
TO VACATE AND CONTINUE SENTENCING DATE**

THIS MATTER having come before the Court upon Defendant Plake's Unopposed Motion to Vacate and Continue the Sentencing Date in the above-captioned matter, currently set for November 26, 2012, the Court being fully advised upon the premises, having reviewed Defendant's Motion and the file herein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Plake's motion be and the same is GRANTED;  the Court FINDING, based upon the representations made to it by counsel for Defendant Plake and as contained in Defendant's unopposed Motion seeking a continuance of the Sentencing date, that Defendant Plake has been the target of an ongoing federal investigation in the Northern District of Indiana, that counsel for Defendant has been advised by the United States Attorney's Office for the Northern District of Indiana that Defendant is expected to be formally indicted on the basis of the Indiana investigation in mid-November, 2012, that Defendant Plake has retained

Sean H. Barrett as counsel in anticipation of those charges to be brought in the Northern District of Indiana, that following indictment in the Northern District of Indiana Defendant Plake will immediately seek a transfer of the Change of Plea and Sentencing proceedings from that district to the District of Wyoming pursuant to Rule 20, Federal Rules of Criminal Procedure, that the United States Attorney's Offices for the District's of Wyoming and Northern Indiana as well as Defendant Plake have consented to such a transfer of proceedings for the purposes of Change of Plea and Sentencing , that a transfer of proceedings is anticipated to impact Defendant's relevant conduct calculations at the Sentencing hearing pending in the above-captioned matter, that the United States does not oppose this requested continuance and FINDING good cause otherwise therefore ;

    IT IS FINALLY ORDERED that this matter is HEREBY VACATED and reset for the _____ day of _____, 20\_\_\_\_, at _____ .

    DATED this _____ day of October, 2012.

_____
NANCY D. FREUDENTHAL
CHIEF U.S. DISTRICT JUDGE