FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 NOV 5 AM 8 47

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. PLAKE, d/b/a )<br>PLAKE and ASSOCIATES, )<br>)<br>Defendant. ) | Criminal No. 12-CR-81-F |

## ORDER GRANTING DEFENDANT PLAKE'S UNOPPOSED MOTION TO VACATE AND CONTINUE SENTENCING

THIS MATTER is before the Court on Defendant Plake's Unopposed Motion to Vacate and Continue Sentencing Date. The Court has reviewed the motion and is fully informed in the premises. The Court FINDS and ORDERS as follows:

Defendant Plake has been notified that he is the subject of an ongoing federal investigation in the Northern District of Indiana and that he should be formally indicted in mid-November 2012. Defendant plans to seek a transfer of the Change of Plea and Sentencing proceedings from the Northern District of Indiana to the District of Wyoming. The United States Attorneys for both the Northern District of Indiana and the District of Wyoming have consented to such a transfer. That transfer will impact Defendant's relevant

conduct calculations at Sentencing. For these reasons, the Court finds that it is proper to continue Plake's sentencing at this time.

IT IS ORDERED that Defendant Plake's sentencing set for November 26, 2012 is VACATED and RESET to February 25, 2013 at 8:30 a.m.

Dated this ___1___ day of November, 2012.

_____
NANCY D. FREUDENTHAL
U.S. DISTRICT COURT JUDGE