IN THE UNITED STATES COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J.PLAKE, d/b/a/ Plake ) | |
| and Associates, ) | Criminal No.   12-CR-81-1F |
| ) | |
| and ) | |
| ) | |
| PAUL D. CARDWELL, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING JOINT MOTION TO VACATE AND CONTINUE SENTENCING AND ARRAIGNMENT DATE

THIS MATTER having come before the Court upon joint motion of Defendant Plake, by and through his retained attorney, Sean H. Barrett, and counsel for the government, Ms. Lisa Leschuck, to Vacate and Continue the Sentencing and Arraignment hearing dates in the above-captioned matter, both set for February 25, 2013, at 8:30 a.m., the Court being fully advised upon the premises, having reviewed the joint motion and file herein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be and the same is GRANTED; the Court FINDING, based upon the representations made to it by counsel of the respective parties and as contained in the joint motion filed herein, that additional time is needed by the parties to the sentencing hearing to review recently received discovery from the United States Attorney's Office for the Northern District of Indiana following Defendant Plake's consent to transfer for plea and sentence of a mail conspiracy charge, pursuant to F.R.Cr.P. Rule 20, from that district to the District of Wyoming,

that such discovery from the Northern District of Indiana appears pertinent to defendant's sentencing hearing in the above-captioned matter and necessarily must be fully and adequately reviewed in advance of defendant's sentencing and arraignment hearing dates, that such discovery may potentially impact Defendant Plake's relevant conduct calculations and subsequent recommended sentencing dispositions at the time of sentencing and FINDING good cause otherwise therefore ;

  IT IS FINALLY ORDERED that Defendant Plake's Sentencing and Arraignment hearing dates are HEREBY VACATED and reset for the _____ day of _____, 20\_\_\_, at _____.

  DATED this _____ day of February, 2013.

                     NANCY D. FREUDENTHAL
                     CHIEF U.S. DISTRICT JUDGE