```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF WYOMING

                                              2013 FEB 19  AM 10 44

                                              STEPHAN HARRIS, CLERK
                                                   CHEYENNE
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. PLAKE, d/b/a Plake and Associates,<br><br>Defendant. | Case No. 12-CR-81-F |

**ORDER GRANTING JOINT MOTION TO VACATE AND CONTINUE SENTENCING AND ARRAIGNMENT DATE**

This matter is before the Court on the Government's Motion to Continue Sentencing. The Court has reviewed the motion and is fully informed in the premises. The parties request additional time to review discovery from the United States Attorney's Office for the Northern District of Indiana, related to charges Defendant Plake has consented to have transferred to this district. The review of these materials by both parties is necessary for the sentencing and arraignment in this case.

IT IS ORDERED that the Joint Motion to Vacate and Continue Sentencing and Arraignment Date is GRANTED. Defendant's current sentencing and arraignment hearing

of February 25, 2013 at 8:30 a.m. is VACATED and reset to May 6, 2013 at 8:30 a.m. in Cheyenne, Wyoming.

Dated this 19 day of February, 2013.

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE