CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82001
Telephone: 307-772-2124
Facsimile: 307-772-2123

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUN 17  AM 10 16

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  12-CR-000081-1F/13-CR-000020-1F |
| MICHAEL J. PLAKE, | ) |
| Defendant, | ) |
| and | ) |
| PUTNAM INVESTMENTS, | ) |
| Garnishee. | ) |

**CERTIFICATION OF SERVICE**
**OF DOCUMENTS ON GARNISHEE**

Pursuant to 28 U.S.C. §§ 3004(c) & 3205(c)(3), the United States of America, hereby certifies that a copy of the Application for Writ of Garnishment, Writ of Garnishment, and Instructions to Garnishee were served upon Garnishee by certified mail return receipt requested on this 14th day of June, 2013.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
MARK A. KLAASSEN
Assistant United States Attorney