DEFENDANT: Michael J. Plake  
CASE NUMBER: 12-CR-81-1F/13-CR-20-1F

FILED  
U.S. DISTRICT COURT  
DISTRICT OF WYOMING

Judgment-Page 2 of 7

2013 JUL 8 PM 12 24

STEPHAN HARRIS, CLERK  
CHEYENNE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty (30) months, concurrent on all counts in both cases.

The Court makes the following recommendations to the Bureau of Prisons: that the defendant be designated to a facility nearest to his family in West Lafayette, Indiana such as Terra Haute.

The defendant is shall report to the facility designated by the Bureau of Prisons by 3:00 p.m. on Friday, June 21, 2013 or to the nearest United States Marshal facility for transport.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on __6-21-2013__ to __FCI Terre Haute__ at __IN__  
_____, with a certified copy of this Judgment.

_____  
~~United States Marshal~~ Warden

By: _____  
Deputy Marshal